UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 22-14322
JOHN THOMAS  )
 )  Chapter: 13
 )  Honorable Donald R. Cassling
 )
 )
Debtor(s)  )

**ORDER DISMISSING CASE FOR FAILURE TO FILE A PLAN**

This matter coming before the court on Trustee's Motion to Dismiss;

IT IS ORDERED that the motion is granted and this case is dismissed pursuant to 11 U.S.C. § 1307 (c)(3), for failure to file a plan timely.

Enter:  *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: February 09, 2023

**Prepared by:**

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900